UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| GERALD JEROME POLK,<br><br>　　　　　　Petitioner,<br>　v.<br>STATE OF NEVADA, et al.,<br><br>　　　　　　Respondents. | Case No. 2:21-cv-00513-RFB-DJA<br><br>ORDER |

Petitioner Gerald Jerome Polk has submitted a *pro se* petition for writ of habeas corpus, pursuant to 28 U.S.C. § 2254 (ECF No. 1-1). He has not, however, either paid the $5.00 filing fee or submitted a completed application to proceed *in forma pauperis* with the required inmate account statements for the past sixth months and financial certificate. 28 U.S.C. § 1915(a)(2); Local Rule LSR1-2.

**IT IS THEREFORE ORDERED** that within **30 days** of the date of this order petitioner must submit either the $5.00 filing fee or a fully completed application to proceed *in forma pauperis*.

**IT IS FURTHER ORDERED** that failure to do so may result in the dismissal of this action without prejudice.

DATED: 11 May 2021.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　RICHARD F. BOULWARE, II
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1